882

No. 774. SHELL OIL CO. ET AL. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK. The motion to substitute California Oil Co. in the place of California Company as a party petitioner is granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Oliver L. Stone, William F. Kenney, Thomas F. Ryan, Jr., Eugene F. Sikorovsky, Robert E. May, H. Y. Rowe, William J. Merrill, William H. Holloway, Jack T. Conn, Wm. Amory Underhill, William S. Richardson, Roy L. Merrill, William P. McClure, Rayburn L. Foster, Kenneth Heady, Charles E. McGee, George D. Horning, Jr., Robert O. Koch, Bruce R. Merrill, Robert C. Hawley, W. W. Heard, William J. Grove, Woollen H. Walshe* and *Justin R. Wolf* for petitioners. *Kent H. Brown* for respondent. ██

No. 590, Misc. SMALLWOOD *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Clayton A. Dietrich,* Assistant Attorney General, for respondent. ██

No. 665, Misc. JOHNSON *v.* UNITED STATES. Court of Claims. Certiorari denied. *Thomas H. King, Paul R. Harmel* and *Clifford A. Sheldon* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Leonard* and *Alan S. Rosenthal* for the United States. ██

No. 811, Misc. LIBBEY *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *Howard R. Lonergan* for petitioner. *Charles E. Raymond* for respondent. ██